1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11 LISA SILVERMAN,                        )        CASE NO. CV10-07541-AHM (CWx)
                                          )
12            Plaintiff(s),               )        ORDER DISMISSING CIVIL ACTION
                                          )        BY VIRTUE OF SETTLEMENT
13       v.                               )
                                          )
14 LAW OFFICES OF JAMES A. WEST,          )
                                          )
15            Defendant(s).               )
                                          )
16 _____)
                                          )

17

18        The Court having been advised by the parties that the above-entitled action

19 has been settled;

20        IT IS THEREFORE ORDERED that this action is dismissed without

21 prejudice to the right, upon good cause shown within 40 days, to request a status

22 conference be scheduled if settlement is not consummated.

23

24        IT IS SO ORDERED.

25 Date: December 21, 2010

                                          _____
26                                        A. Howard Matz
                                          United States District Court Judge

27 **JS-6**

28